1  David J. Kaminski, Esq. (SBN 128509)
   *kaminskid@cmtlaw.com*
2  David J. Drexler, Esq. (SBN 193663)
   *drexlerd@cmtlaw.com*
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   ENCORE RECEIVABLE MANAGEMENT INC.
7

8                        UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11 | TAMMY LYNN PATTERSON,         ) CASE NO. C 07-02427 (HRL)
12 |                               ) Magistrate Judge: Howard R. Lloyd
   |                Plaintiff,     )
13 |                               ) [Complaint Filed: 5/7/07]
   |     vs.                       )
14 |                               ) **DECLINATION TO PROCEED BEFORE A**
   | ENCORE RECEIVABLE             ) **MAGISTRATE JUDGE**
15 | MANAGEMENT, INC., a Kansas    )           **AND**
   | Corporation,                  ) **REQUEST FOR REASSIGNMENT TO A**
16 |                Defendants.    ) **UNITED STATES DISTRICT JUDGE**
   |                               )
17 |                               )
   |                               )
18

19         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

20         The undersigned party hereby declines to consent to the assignment of this case to a United

21 States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a

22 United States District Judge.

23 Dated:  6/1/07                         CARLSON & MESSER LLP

24                                        By_____
                                             David J. Kaminski, Esq.
25                                           David J. Drexler, Esq.
                                             Attorneys for Defendant,
26                                           ENCORE RECEIVABLE MANAGEMENT INC.

27

28 05627.00:134185                        1
                                          DECLINATION TO PROCEED BEFORE A
                                          MAGISTRATE JUDGE AND REQUEST FOR
                                          REASSIGNMENT TO A UNITED STATES
                                          DISTRICT JUDGE

                                          CASE NO. C-07-02427 (HRL)

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California.

I am over the age of eighteen years and not a party to the within action. my business address is 5959 W. Century Boulevard, Suite 1214, Los Angeles, California 90045. I am employed at that address at the firm of Carlson & Messer LLP.

On **June 1, 2007** served the foregoing document(s) described as: **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ X ]  **BY MAIL**: I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ]  **BY FACSIMILE**: On the date set forth below, at approximately _____., I transmitted the above document(s) from facsimile machine number (310)242-2222, in compliance with transmission as provided in California Rule of Court 2008. The fax number(s) that I used are shown above or on the attached Service List, along with the names of recipients and the interested parties. The Facsimile Machine I used complied with California Rule of Court 2003(3). The transmission was reported as complete and without error by the machine, which properly issued the transmission report.

[ X ]  **(FEDERAL)** -I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **1st day of June, 2007**, at Los Angeles, California.

*/s/ Deborah A. Nash*
Deborah A. Nash

05627.00:134185                                     2

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

CASE NO. C-07-02427 (HRL)

1

## SERVICE LIST
### Tammy Lynn Patterson v. Encore Receivable
### 05627.00

| | |
|---|---|
| Fred W. Schwinn<br>**CONSUMER LAW CENTER, INC.**<br>12 South First Street<br>Suite 416<br>San Jose, CA 95113-2404<br>Phone: (408) 294-6100<br>Fax:    (408) 294-6190 | Attorney for Plaintiff,<br>**TAMMY LYNN PATTERSON** |

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

05627.00:134185

3

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES
DISTRICT JUDGE

CASE NO. C-07-02427 (HRL)