1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   TAMMY LYNN PATTERSON

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| TAMMY LYNN PATTERSON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ENCORE RECEIVABLE MANAGEMENT,<br>INC., a Kansas corporation,<br><br>　　　　　　　Defendant. | Case No. C07-02427-HRL<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE AND<br>[PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, TAMMY LYNN PATTERSON, and Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., stipulate, and the Court hereby orders, as follows:

　　　　1.　　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, TAMMY LYNN PATTERSON, against Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

1    Dated: August 9, 2007                         /s/ Fred W. Schwinn
2                                                        Fred W. Schwinn, Esq.
                                                        Attorney for Plaintiff
3                                                      TAMMY LYNN PATTERSON

4    Dated: August 9, 2007                         /s/ David J. Kaminski
5                                                         David J. Kaminski, Esq.
                                                        Attorney for Defendant
6                                                      ENCORE RECEIVABLE
                                                        MANAGEMENT, INC.

7    THE FOREGOING STIPULATION
       IS APPROVED AND IS SO ORDERED.
8

9    Dated:

10                                                    The Honorable Howard R. Lloyd
                                                   United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28