Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
TAMMY LYNN PATTERSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TAMMY LYNN PATTERSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,<br><br>　　　　　Defendant. | Case No.  C07-02427-HRL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, TAMMY LYNN PATTERSON, and Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., stipulate, and the Court hereby orders, as follows:

　　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, TAMMY LYNN PATTERSON, against Defendant, ENCORE RECEIVABLE MANAGEMENT, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

| | |
|---|---|
| Dated: August 9, 2007 | /s/ Fred W. Schwinn<br>Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>TAMMY LYNN PATTERSON |
| Dated: August 9, 2007 | /s/ David J. Kaminski<br>David J. Kaminski, Esq.<br>Attorney for Defendant<br>ENCORE RECEIVABLE<br>MANAGEMENT, INC. |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: August 13 2007

The Honorable James Ware
United States District Judge

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No. C07-02427-HRL